JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MOISIO,<br><br>                Plaintiff,<br><br>     v.<br><br>EVAN SPIEGEL, *et al.*,<br><br>                Defendants. | Case No. 2:25-cv-08275-FLA (BFMx)<br><br>**ORDER DISMISSING ACTION [DKT. 10]** |

1

On September 26, 2025, the parties filed a stipulation ("Stipulation") dismissing this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and Fed. R. Civ. P. 23.1(a).  Dkt. 10.  Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action without prejudice.
3. Notice to shareholders of the Stipulation is not required under Fed. R. Civ. P. 23.1(c) because the parties represent:
    a. There has been no settlement or compromise of this action;
    b. There has been no collusion among the parties, and Plaintiff seeks dismissal in order to pursue remedies under Delaware law;
    c. No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or Plaintiff's counsel, and no promise to give any such compromise has been made;
    d. The voluntary dismissal is made without prejudice and therefore will not have any preclusive effect on any other action or the ability of any other Snap Inc. shareholder to pursue claims; and
    e. Defendants will not suffer any prejudice as they do not oppose voluntary dismissal.

IT IS SO ORDERED.

Dated: October 1, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge